FILED
2009 Jun-24  PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **LINDA GALLUPS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NUMBER** |
| ) | **2:09-cv-00842-WMA** |
| **WYETH, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR FRAUD AND PUNITIVE DAMAGES

Come now defendants Amgen Inc., Amgen USA, Immunex Corporation, and Wyeth, Inc., on its own behalf and on behalf of its unincorporated division, Wyeth Pharmaceuticals (referred to collectively as "Defendants") and move the Court to dismiss plaintiff's claims for fraud and punitive damages pursuant to Federal Rules of Civil Procedure 9(b) and (12)(b)(6). As grounds for this motion, Defendants show unto the Court as follows:

1.     Plaintiff allegedly suffered injuries because of Enbrel®, which was prescribed for treatment of plaintiff's psoriasis. She claims damages from Defendants for violation of the Alabama Extended Manufacturers Liability Doctrine (Count I), failure to warn (Count II), negligence (Count III), and fraud,

018171061.1

misrepresentation, suppression, and concealment (Count IV).  In Count V, plaintiff alleges intentional and wanton conduct and requests punitive damages.

2. Plaintiff has not alleged the circumstances constituting defendants' alleged fraud with sufficient particularity, since the package insert for Enbrel®, which is incorporated by reference in the Complaint, contains express warnings for the specific injuries that allegedly befell plaintiff.

3. Plaintiff's fraud claim, whether based on misrepresentation, suppression or concealment, fails to state a claim in light of the clear warnings contained in the Enbrel® package insert.

4. Likewise, plaintiff's request for punitive damages should be dismissed because she cannot allege intentional wrongful conduct because of the package insert's warnings.

5. Support for Defendants' motion is more fully set forth in the Memorandum of Law in Support of Defendants' Motion To Dismiss Plaintiff's Claims for Fraud and Punitive Damages filed simultaneously with this motion.

        Respectfully Submitted,

        /s/ Maibeth J. Porter
        MAIBETH J. PORTER

        Attorney for Defendants Amgen Inc., Amgen USA, Immunex Corporation, and Wyeth, Inc., on its own behalf

01817106.1

        and on behalf of its unincorporated division, Wyeth Pharmaceuticals.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
Suite 2400 Regions/Harbert Plaza
1901 Sixth Avenue, North
Birmingham, Alabama  35203-2602
Telephone:  (205) 254-1000
Telecopier:  (205) 254-1999


OF COUNSEL FOR DEFENDANTS
AMGEN INC., AMGEN USA, AND IMMUNEX
CORPORATION:

Ms. Lauren S. Colton
HOGAN & HARTSON
111 South Calvert St., Suite 1600
Baltimore, Maryland  21202

018171061.1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 24th day of June, 2009, a true copy of the Motion to Dismiss Plaintiff's Claims for Fraud and Punitive Damages was served via the electronic filing system of the Court and by first-class mail, postage pre-paid on:

>Mr. W. Todd Harvey
>Ms. Camille L. Edwards
>BURKE HARVEY & FRANKOWSKI, LLC
>One Highland Place
>2151 Highland Avenue
>Suite 120
>Birmingham, Alabama  35205
>E-mail:  tharvey@bhflegal.com
>        cedwards@bhflegal.com


>Mr. Roger C. Denton
>Ms. Kristine K. Kraft
>Ms. Elizabeth M. Wilkins
>SCHLICHTER, BOGARD & DENTON
>100 South 4th Street
>Suite 900
>St. Louis, Missouri  63102
>Attorneys for Plaintiff, Linda Gallups
>Email:  rdenton@uselaws.com
>       kkraft@uselaws.com
>       bwilkins@uselaws.com


                /s/ Maibeth J. Porter