# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LINDA A. GALLUPS, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>WYETH, INC., et al., )<br>)<br>DEFENDANTS. ) | CIVIL ACTION NO.<br>2:09-cv-00842-WMA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action jointly stipulate that all claims, counterclaims, and/or defenses asserted in this proceeding are hereby withdrawn and dismissed with prejudice, with each party to bear its own costs and attorneys fees.

Respectfully submitted this 5th day of January, 2010.

By: /s/W. Todd Harvey
Mr. Peter H. Burke
Mr. W. Todd Harvey
Mr. Gregory J. McKay
Ms. Camille L. Edwards
BURKE HARVEY & FRANKOWSKI, LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, Alabama  35205

E-mail: pburke@bhflegal.com
tharvey@bhflegal.com
gmckay@bhflegal.com
edwards@bhflegal.com


Mr. Roger C. Denton
Ms. Kristine K. Kraft
Ms. Elizabeth M. Wilkins
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Suite 900
St. Louis, Missouri  63102
Email: rdenton@uselaws.com
kkraft@uselaws.com
bwilkins@uselaws.com

*Attorneys for Plaintiff Linda Gallups*

01902752.1

- 2 -

>By: /s/Maibeth J. Porter
>Maibeth J. Porter (POR003)
>Thomas W. Thagard, III (THA006)
>MAYNARD, COOPER & GALE, P.C.
>Attorneys at Law
>1901 Sixth Avenue North
>2400 AmSouth/Harbert Plaza
>Birmingham, Alabama 35203-2602
>Phone:  (205) 254-1000
>Fax:  (205) 254-1999
>Email:  mporter@maynardcooper.com
>
>*Attorneys for Defendants*
>*Wyeth, Inc., on its own behalf, and on*
>*behalf of its unincorporated division,*
>*Wyeth Pharmaceuticals, Amgen Inc.,*
>*Amgen USA, and Immunex Corporation*

*Of Counsel for Defendants Amgen Inc.,*
*Amgen USA and Immunex Corporation:*

Lauren S. Colton (admitted *Pro Hac Vice*)
HOGAN & HARTSON L.L.P.
Harbor East
100 International Drive
Suite 2100
Baltimore, Maryland   21202
Telephone:  (410) 659-2700
Telecopier:  (410) 659-2701
E-mail:  lscolton@hhlaw.com

01902752.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding via the electronic filing system of the Court this 5th day of January, 2010:

>Mr. Peter H. Burke
>Mr. W. Todd Harvey
>Mr. Gregory J. McKay
>Ms. Camille L. Edwards
>BURKE HARVEY & FRANKOWSKI, LLC
>One Highland Place
>2151 Highland Avenue
>Suite 120
>Birmingham, Alabama  35205
>E-mail:     pburke@bhflegal.com
>            tharvey@bhflegal.com
>            gmckay@bhflegal.com
>            edwards@bhflegal.com


>Mr. Roger C. Denton
>Ms. Kristine K. Kraft
>Ms. Elizabeth M. Wilkins
>SCHLICHTER, BOGARD & DENTON
>100 South 4th Street
>Suite 900
>St. Louis, Missouri  63102
>Email:      rdenton@uselaws.com
>            kkraft@uselaws.com
>            bwilkins@uselaws.com


>            /s/Maibeth J. Porter